| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Apex Brittany MO LP** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2153129** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **10 Hill Street, Suite 1E** **Newark, NJ 07102** Number, Street, City, State & ZIP Code  **Essex** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1601 N. 36th Street Saint Joseph, MO 64506** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Apex Brittany MO LP**_____  Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Apex Brittany MO LP**                                              Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Apex Brittany MO LP**                                                                 Case number (*if known*)
              Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Apex Brittany MO LP**  Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 15, 2023**
                 MM / DD / YYYY

**X /s/ Oron Zarum**                                         **Oron Zarum**
Signature of authorized representative of debtor            Printed name

Title **Managing Member of General Partner**

**18. Signature of attorney**

**X /s/ Damien Nicholas Tancredi**                            Date **September 15, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Damien Nicholas Tancredi**
Printed name

**Flaster/Greenberg, P.C.**
Firm name

**1007 North Orange Street
Suite 400
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **215-587-5675**        Email address **damien.tancredi@flastergreenberg.com**

**5395 DE**
Bar number and State

## APEX BRITTANY MO, LP
### (A Delaware Limited Partnership)

### WRITTEN CONSENT OF GENERAL PARTNER

The undersigned, being the General Partner of Apex Brittany MO, LP, a Delaware Limited Partnership (the "Company"), hereby adopts the following resolutions with the same force and effect as if adopted at a duly held meeting of the partners of the Company held pursuant to the Company's Partnership Agreement, direct the Secretary of the Company to file this written consent with the records of the Company and consent to the taking of all prior actions referred to in such resolutions:

RESOLVED, that, in the judgment of the General Partner, it is desirable and in the best interests of the Company that the Company commence a bankruptcy case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

FURTHER RESOLVED, that the appropriate officers of the Company be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and

FURTHER RESOLVED, that the appropriate officers of the Company be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that any of the authorized officers may deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

FURTHER RESOLVED, that the law firm of Flaster Greenberg, P.C. be, and it hereby is, employed as bankruptcy counsel for the Company under a general retainer; and

FURTHER RESOLVED, that all appropriate officers of the Company are hereby authorized to instruct the Company's bankruptcy

3843719 v1

counsel to take all necessary steps in connection with the Company's Chapter 11 case; and

FURTHER RESOLVED, that this Written Consent of the General Partner in lieu of a regularly scheduled meeting shall be filed with the limited liability company records of the Company.

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by one or more of the officers of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Written Consent shall be effective as of the 15th day of September, 2023, upon the signing of a copy hereof by the General Partner of the Company.

WITNESS our hands as of the date written above.

> APEX OPPORTUNITY LIMITED, LLC
> General Partner
>
> By: _____
> Oron Zarum
> Managing Member

3843719 v1

Fill in this information to identify the case:

Debtor name: **Apex Brittany MO LP**
United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Atlas Pest Management** PO Box 1391 Saint Joseph, MO 64503 | | | | | | $4,932.00 |
| **Better NOI** 2900 Monarach Lakes Blvd., Suite 201 Hollywood, FL 33027 | | | | | | $1,150.00 |
| **C&M Appliance** 3222 Mitchell Avenue St. Joseph, MO 64507 | | | | | | $4,425.00 |
| **City of St. Joseph** 1100 Frederick Avenue Saint Joseph, MO 64501 | | | | | | $151,565.00 |
| **Fannie Mae** Midtown Center 1100 15th St. NW Washington, DC 20005 | | | | $7,388,131.00 | $0.00 | $7,388,131.00 |
| **Fischer Adjusters** 251 2nd Street Lakewood, NJ 08701 | | | | | | $64,389.02 |
| **Glankler Brown** 6000 Poplar Avenue Suite 400 Memphis, TN 38119 | | | | | | $17,000.00 |
| **Great America Financial Services** PO Box 660831 Dallas, TX 75266-0831 | | | | | | $1,131.00 |

Debtor  **Apex Brittany MO LP**
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **HD Supply**  7411 Goen Place  San Diego, CA 92120 | | | | | | $8,775.82 |
| **Missouri American Water**  727 Craig Road  Saint Louis, MO 63141 | | | | | | $69,129.36 |
| **Pro Floors & Construction**  515 Middleton Street  Saint Joseph, MO 64505 | | | | | | $13,675.41 |
| **Reed Sewer Services**  801 S. 16th Street  Saint Joseph, MO 64501 | | | | | | $15,943.95 |
| **Restoration Remediation Services Corp.**  1941 Warren Street  Kansas City, MO 64116-4435 | | | | | | $18,618.43 |
| **Roberts Roofing Co**  1601 Buchanan Avenue  Saint Joseph, MO 64501 | | | | | | $4,625.00 |
| **Roto-Rooter Services Co.**  304 S. Belt Hwy Ste B  Saint Joseph, MO 64506 | | | | | | $1,843.00 |
| **Spire Missouri Inc**  700 Market Street  Saint Louis, MO 63101 | | | | | | $94,329.19 |
| **St. Joseph Plumbing & Heating**  714 S. 7th Street  Saint Joseph, MO 64501 | | | | | | $7,000.00 |
| **The Home Depot Pro**  6600 Pritchard Rd.  Jacksonville, FL 32219 | | | | | | $11,146.21 |

Debtor **Apex Brittany MO LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VCorp Services**<br>**25 Robert Pitt Drive**<br>**Suite 204**<br>**Monsey, NY 10952** | | | | | | **$928.00** |
| **YH Roth CPA PC**<br>**501 Chestnut Ridge Rd., Suite 204**<br>**Chestnut Ridge, NY 10977** | | | | | | **$13,000.00** |

**Fill in this information to identify your case:**

Debtor 1  **Oron Zarum**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders      12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|   |   | **Unsecured claim** |
|---|---|---|
| **1** **Atlas Pest Management** PO Box 1391 Saint Joseph, MO 64503 | What is the nature of the claim? | $4,932.00 |
| | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| Contact<br>Contact phone | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:   -<br>Unsecured claim | |
| **2** **Better NOI** 2900 Monarach Lakes Blvd., Suite 201 Hollywood, FL 33027 | What is the nature of the claim? | $1,150.00 |
| | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| Contact | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:   - | |

B104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 1

Debtor 1  **Apex Brittany MO LP**                                    Case number *(if known)*

Contact phone                                    Unsecured claim

---

**3**

**C&M Appliance**
**3222 Mitchell Avenue**
**St. Joseph, MO 64507**

**What is the nature of the claim?**                               $4,425.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                    -
     Unsecured claim

Contact

Contact phone

---

**4**

**City of St. Joseph**
**1100 Frederick Avenue**
**Saint Joseph, MO 64501**

**What is the nature of the claim?**                               $151,565.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                    -
     Unsecured claim

Contact

Contact phone

---

**5**

**Fannie Mae**
**Midtown Center**
**1100 15th St. NW**
**Washington, DC 20005**

**What is the nature of the claim?**                               $7,388,131.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $7,388,131.00
     Value of security:                    - $0.00
     Unsecured claim                         $7,388,131.00

Contact

Contact phone

---

**6**

**Fischer Adjusters**
**251 2nd Street**
**Lakewood, NJ 08701**

**What is the nature of the claim?**                               $64,389.02

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

Debtor 1     **Apex Brittany MO LP**           Case number *(if known)*

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:  -
      Unsecured claim

---

**7**

**Glankler Brown**
**6000 Poplar Avenue**
**Suite 400**
**Memphis, TN 38119**

**What is the nature of the claim?**     $17,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:  -
      Unsecured claim

Contact

Contact phone

---

**8**

**Great America Financial Services**
**PO Box 660831**
**Dallas, TX 75266-0831**

**What is the nature of the claim?**     $1,131.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:  -
      Unsecured claim

Contact

Contact phone

---

**9**

**HD Supply**
**7411 Goen Place**
**San Diego, CA 92120**

**What is the nature of the claim?**     $8,775.82

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:  -
      Unsecured claim

Contact

Contact phone

---

**10**

**Missouri American Water**

**What is the nature of the claim?**     $69,129.36

---

Debtor 1   **Apex Brittany MO LP**                            Case number *(if known)*

**727 Craig Road**
**Saint Louis, MO 63141**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                -
   Unsecured claim

Contact

Contact phone

---

**11**

**Pro Floors & Construction**
**515 Middleton Street**
**Saint Joseph, MO 64505**

**What is the nature of the claim?**                         $13,675.41

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                -
   Unsecured claim

Contact

Contact phone

---

**12**

**Reed Sewer Services**
**801 S. 16th Street**
**Saint Joseph, MO 64501**

**What is the nature of the claim?**                         $15,943.95

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                -
   Unsecured claim

Contact

Contact phone

---

**13**

**Restoration Remediation**
**Services Corp.**
**1941 Warren Street**
**Kansas City, MO 64116-4435**

**What is the nature of the claim?**                         $18,618.43

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                                -

Contact

Debtor 1 **Apex Brittany MO LP**  Case number *(if known)*

Contact phone  Unsecured claim

---

**14**

**Roberts Roofing Co**
**1601 Buchanan Avenue**
**Saint Joseph, MO 64501**

**What is the nature of the claim?** $4,625.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**15**

**Roto-Rooter Services Co.**
**304 S. Belt Hwy**
**Ste B**
**Saint Joseph, MO 64506**

**What is the nature of the claim?** $1,843.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**16**

**Spire Missouri Inc**
**700 Market Street**
**Saint Louis, MO 63101**

**What is the nature of the claim?** $94,329.19

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact

Contact phone

---

**17**

**St. Joseph Plumbing & Heating**
**714 S. 7th Street**
**Saint Joseph, MO 64501**

**What is the nature of the claim?** $7,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Debtor 1    **Apex Brittany MO LP**                                   Case number *(if known)*

|   |   |
|---|---|
| Contact | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:       -<br>Unsecured claim |
| Contact phone |  |

| **18** | **The Home Depot Pro**<br>**6600 Pritchard Rd.**<br>**Jacksonville, FL 32219** | **What is the nature of the claim?**                                      **$11,146.21**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:       -<br>Unsecured claim |

Contact
Contact phone

| **19** | **VCorp Services**<br>**25 Robert Pitt Drive**<br>**Suite 204**<br>**Monsey, NY 10952** | **What is the nature of the claim?**                                      **$928.00**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:       -<br>Unsecured claim |

Contact
Contact phone

| **20** | **YH Roth CPA PC**<br>**501 Chestnut Ridge Rd., Suite 204**<br>**Chestnut Ridge, NY 10977** | **What is the nature of the claim?**                                      **$13,000.00**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:       -<br>Unsecured claim |

Contact
Contact phone

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

| | | | |
|---|---|---|---|
| Debtor 1 | **Apex Brittany MO LP** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| X | **/s/ Oron Zarum** | X | |
| | **Oron Zarum** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | Date  **September 15, 2023** | | Date |

```
ATLAS PEST MANAGEMENT
PO BOX 1391
SAINT JOSEPH, MO 64503

BETTER NOI
2900 MONARACH LAKES BLVD., SUITE 201
HOLLYWOOD, FL 33027

C&M APPLIANCE
3222 MITCHELL AVENUE
ST. JOSEPH, MO 64507

CITY OF ST. JOSEPH
1100 FREDERICK AVENUE
SAINT JOSEPH, MO 64501

FANNIE MAE
13150 WORLD GATE DRIVE
HERNDON, VA 20170

FANNIE MAE
MIDTOWN CENTER
1100 15TH ST. NW
WASHINGTON, DC 20005

FISCHER ADJUSTERS
251 2ND STREET
LAKEWOOD, NJ 08701

FRANKEL RUBIN KLEIN ET AL
231 S. BEMISTON AVENUE
SUITE 1111
SAINT LOUIS, MO 63105

GLANKLER BROWN
6000 POPLAR AVENUE
SUITE 400
MEMPHIS, TN 38119

GREAT AMERICA FINANCIAL SERVICES
PO BOX 660831
DALLAS, TX 75266-0831

HD SUPPLY
7411 GOEN PLACE
SAN DIEGO, CA 92120

JASON SOPER
1100 FREDERICK AVENUE
ROOM 307
SAINT JOSEPH, MO 64501
```

```
JETZ SERVICE COMPANY
C/O GEORGE E. KAPKE, JR.
THE CHAPEL RIDGE LAW BUILDING
3304 N.E. RALPH POWELL ROAD
LEES SUMMIT, MO 64064

LUMENT CAPITAL
PO BOX 846019
DALLAS, TX 75284-6019

MISSOURI AMERICAN WATER
727 CRAIG ROAD
SAINT LOUIS, MO 63141

NICHOLAS ZLUTICKY
STINSON LLP
1201 WALNUT STREET
SUITE 2900
KANSAS CITY, MO 64106

PRO FLOORS & CONSTRUCTION
515 MIDDLETON STREET
SAINT JOSEPH, MO 64505

REED SEWER SERVICES
801 S. 16TH STREET
SAINT JOSEPH, MO 64501

RESTORATION REMEDIATION SERVICES CORP.
1941 WARREN STREET
KANSAS CITY, MO 64116-4435

ROBERTS ROOFING CO
1601 BUCHANAN AVENUE
SAINT JOSEPH, MO 64501

ROTO-ROOTER SERVICES CO.
304 S. BELT HWY
STE B
SAINT JOSEPH, MO 64506

SMF REGISTERED SERVICES
1201 WALNUT STREET
SUITE 2900
KANSAS CITY, MO 64106

SPIRE MISSOURI INC
700 MARKET STREET
SAINT LOUIS, MO 63101

ST. JOSEPH PLUMBING & HEATING
714 S. 7TH STREET
SAINT JOSEPH, MO 64501
```

```
THE HOME DEPOT PRO
6600 PRITCHARD RD.
JACKSONVILLE, FL 32219

TRIGILD INC
ATTN: DAVID WALLACE
4131 NORTH CENTRAL EXPRESSWAY
SUITE 775
DALLAS, TX 75204

VCORP SERVICES
25 ROBERT PITT DRIVE
SUITE 204
MONSEY, NY 10952

YH ROTH CPA PC
501 CHESTNUT RIDGE RD., SUITE 204
CHESTNUT RIDGE, NY 10977
```